722

48 So.2d 894

**Lawton THOMPSON v. STATE.**
**8 Div. 929.**

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

48 So.2d 894

**Lawton THOMPSON v. STATE.**
**8 Div. 932.**

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

45 So.2d 870

**Lawton THOMPSON v. STATE.**
**8 Div. 789.**

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

45 So.2d 871

**Lawton THOMPSON v. STATE.**
**8 Div. 843.**

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

45 So.2d 871

**Lawton THOMPSON v. STATE.**
**8 Div. 860.**

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

45 So.2d 871

**Lawton THOMPSON v. STATE.**
**8 Div. 863.**

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.